IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:04-cv-02408-LTB-OES

LUIS OCHOA,

    Plaintiff,

v.

SWIFT & COMPANY,

    Defendant.

### ORDER FOR UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER coming before the Court upon Defendant Swift & Company's Unopposed Motion to Modify Scheduling Order, entered by the Court on April 15, 2005, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant's Motion is hereby GRANTED; and

IT IS FURTHER ORDERED that the Scheduling Order's discovery cut-off date is extended to November 17, 2005 and the dispositive motion deadline is extended to December 30, 2005.

Dated at Denver, Colorado, this day of:  October 12, 2005

                BY THE COURT

                s/ O. Edward Schlatter
                _____
                O. Edward Schlatter
                U.S. Magistrate Judge